Alba Taggart, Respondent, v. Solvay Process Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

William F. Perry, Sr., as Administrator, etc., Plaintiff, v. Rochester Lime Company, Defendant.— Motion to amend decision denied, with ten dollars costs.

Louis Ripberger, an Infant, etc., Respondent, v. A. E. Nettleton Company, Appellant.— Appeal dismissed, without costs, upon stipulation field.

American Seeding Machine Company, Respondent, v. John A. Mac-Arthur and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

. The New York Central and Hudson River Railroad Company, Respondent, v. Domenico Ferrari and Filomena Ferrari, Appellants, Impleaded with Others.— Appeal dismissed, without costs, upon stipulation filed.

The New York Central and Hudson River Railroad Company, Respondent, v. Nellie Andreano and Antonio Andreano, Appellants, Impleaded with Others.— Appeal dismissed, without costs, upon stipulation filed.

Mary D. Cahill, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Fred Hilton, Plaintiff, v. Hobart Hilton, Defendant.— Defendant's motion for a new trial denied, with costs. All concurred.

Lawrence Jendrasiak, Respondent, v. Lackawanna Bridge Company, Appellant, Impleaded with South Buffalo Railway Company.— Judgment and order affirmed, with costs. All concurred.

Ira B. Littlefield, Respondent, v. Anna Gordon, Appellant.— Judgment affirmed, with costs, and this court finds from the evidence contained in the record that on or about August 27, 1912, the defendant received of and from the plaintiff the check for the sum of twenty-five dollars referred to in said written instrument of August 27, 1912, and thereafter indorsed the same by writing her name on the back thereof and negotiated same and has since retained the proceeds thereof. All concurred.

Herman Rakov, Respondent, v. Bankers Life Insurance Company of the City of New York, Appellant.— The justices qualified to sit in this appeal being equally divided and unable to render a decision therein, the same is transferred to the Appellate Division, Third Department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure. Merrell, J., not sitting.

William Schunk, an Infant, etc., Respondent, v. William Eisenberg, Appellant.— Judgment and order affirmed, with costs. All concurred.

Norris Morey and Others, Respondents, v. Caspar Schuster and Others, Appellants, Impleaded with Eugene V. Chamberlain.— Motion of defendant Chamberlain for modification of order of reversal entered December 23, 1913, so as to provide that he be excepted from the operation thereof and in no manner affected thereby denied, without costs, upon the ground that the record on appeal does not show that the defendant Chamberlain was entitled to be heard thereon in this court. If notice of motion for